Below is an Order of the Court.

TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re **CGF LLC**, dba **Cascade Garden Farms** and fdba **GEM Tumalo, LLC**, Debtor. | Case No. 11-30477-tmb7 |
| **Amy Mitchell**, Trustee, Plaintiff, vs. **Patrick M. Gisler**, an individual, **Pierce Wealth Partners Funds #1, LLC**, a Colorado limited liability company, and **Eric D. Cole**, **Kathryn L. Cole**, and **Reece E. Madison**, individuals, Defendants. | Adv. No. 11-03056-tmb **STIPULATED LIMITED JUDGMENT OF DISMISSAL OF GISLER, MADISON, AND PIERCE WEALTH PARTNERS FUND #1, LLC** |

Based on the Order Approving Settlement (AP Doc. 27) and the following stipulation of plaintiff and certain defendants Patrick M. Gisler ("Gisler"), Reece E. Madison, ("Madison"), and Pierce Wealth Partners Fund #1, LLC, a Colorado LLC ("Pierce Wealth"), it is

ADJUDGED as follows:

1.  The parties Gisler, Madison, and Pierce Wealth are hereby dismissed from this Adversary Proceeding with prejudice; and

2.  Neither plaintiff nor the dismissed parties are awarded any costs or disbursements.

3. Because the defendants Eric D. Cole and Kathryn L. Cole decided not to settle as was originally represented to the Court at the last status hearing, the Court's Order Re: Dismissal or Other Final Disposition Effective Within 60 Days (AP Doc. 28) is no longer applicable and this adversary proceeding shall not be dismissed. The Clerk of the Court shall set a status hearing to address the trial and discovery deadlines regarding the claims against the remaining defendants.

###

**STIPULATED AND AGREED:**

| | |
|---|---|
| BALL JANIK LLP | SCHWABE WILLIAMSON & WYATT PC |
| By: /s/ Justin D. Leonard<br>   Justin D. Leonard, OSB No. 033736 | By: /s/ Brian L. Gingerich<br>   Brian L. Gingerich, OSB No. 920174 |
| Attorneys for Trustee Amy Mitchell | Attorneys for Defendants Reece E. Madison and Pierce Wealth Partners Funds #1, LLC |
| | MCEWEN GISVOLD LLP |
| | By: /s/ James Ray Streinz<br>   James Ray Streinz, OSB No. 794107 |
| | Attorneys for Defendant Patrick M. Gisler |

Presented by:

BALL JANIK LLP

By: /s/ Justin D. Leonard
   Justin D. Leonard, OSB No. 033736
   Attorneys for Trustee

cc:   Brian L. Gingerich & James Ray Streinz via ECF